UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
NOV 1 - 2006

| UNITED STATES OF AMERICA, | ) | No. 06 70552 N~~JV~~ RS |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| ANTHONY GERARD HEYENGA, | ) | |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

Leave of Court is granted to the government to dismiss without prejudice the complaint in this case. It is further ordered that the arrest warrant issued against the defendant is quashed.

Dated this 30 day of October, 2006.

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER (No. 06 70552 NJV)